IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| KENNIN DWAYNE JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 124-082 |
| | ) | |
| MR. MORRIS, Deputy; MR. A. WOOD, Deputy; MR. STEARNS, Deputy / Jail Security; MS. R. BRINSON, Classification; MR. C. BROWN, Jail Investigator; MR. DANIELS, Lieutenant; MS. N. HARELLE, Captain; MS. SMITH, Intelligence; MS. J. THOMPSON, Intelligence; MR. TOOMER, Intelligence; and MR. MITCHELLE, Major, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 20.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice as a sanction for abusing the judicial process, and **CLOSES** this civil action.

SO ORDERED this 24th day of October, 2024, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA