AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

KENNIN DWAYNE JACKSON,

                Plaintiff,

               **V.**

MR. MORRIS, Deputy, et al.,

                Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   CV 124-082

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Court's Order dated October 24, 2024, the Court adopts the Magistrate Judge's Report and Recommendation as its opinion and dismisses this case without prejudice as a sanction for abusing the judicial process.  This civil action stands closed.

10/24/2024
_____
*Date*

John E. Triplett, Clerk of Court
_____
*Clerk*

_____
*(By) Deputy Clerk*

GAS Rev 10/2020